| | |
|---|---|
| ROBERT MCGEE, an individual and SUZANNE MCGEE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SUNTRUST MORTGAGE INC. a Virginia corporation and U.S. BANK, N.A., AS TRUSTEE OF THE BAFC 2007-7, a business form unknown;<br><br>Defendants. | Case No.: Case No.: 8:17-cv-01093-CJC-JCG<br><br>Hon. Cormac J. Carney<br><br>**JUDGMENT**<br><br>State Court Case: 30-2017-00922740-CU-OR-CJC<br>Action Filed: May 26, 2017<br>Trial Date: None Set |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

This matter came before the Court on Defendants SunTrust Mortgage, Inc. ("SunTrust"), and U.S. Bank, N.A., as Trustee of the BAFC 2007-7's ("U.S. Bank") (collectively, "Defendants") Motion to Dismiss Plaintiffs Robert McGee and Suzanne McGee's First Amended Complaint ("Motion").

Having reviewed the Motion, supporting evidence, and all related filings, and having considered the arguments made by the parties, if any, and for the reasons discussed more fully in the Court's *Order Granting Defendants' Motion To Dismiss Case With Prejudice* [dkt no. 14],

1

**IT IS ORDERED** that Defendants' Motion is GRANTED WITH PREJUDICE and without leave to amend.

**THEREFORE, IT IS HEREBY ORDERED** that judgment is entered in favor of Defendants SunTrust and U.S. Bank and against Plaintiffs Robert McGee and Suzanne McGee.

Dated: August 22, 2017

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE